1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  BENNY FORD,                               CASE NO. 1:10-cv-01024-GBC PC

10              Plaintiff,                    ORDER RE STATUS REPORT

11      v.                                    (Doc. 8)

12  G. WILDEY, et al.,

13              Defendants.
                                        /

14

15      Plaintiff Benny Ford ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 7, 2010.  (Doc. 1.)  On

17  December 10, 2010, Plaintiff filed a status report requesting status of his complaint and the full case

18  number.  (Doc. 8.)

19      The Court is required to screen complaints brought by prisoners seeking relief against a

20  governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

21  Court screens complaints in the order in which they are filed and strives to avoid delays whenever

22  possible.  However, there are hundreds of prisoner civil rights cases presently pending before the

23  Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy caseload,

24  Plaintiff's complaint is still awaiting screening.  The Court is aware of the pendency of this case and

25  will screen Plaintiff's complaint in due course.

26  ///

27  ///

28  ///

1

1    Accordingly, it is HEREBY ORDERED that the Clerk's Office will send a copy of this order

2   to Plaintiff.

3

4

5

6   IT IS SO ORDERED.

7

   Dated:    December 30, 2010

8                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28