# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY AND R. MARSHALL,<br><br>　　　　Defendants. | Case No. 1:10-cv-01024-SAB<br><br>ORDER GRANTING MOTION FOR CLARIFICATION<br><br>(ECF No. 20)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Benny Ford ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint in this action on June 7, 2010. (ECF No. 1.) On May 2, 2013, the Court screened Plaintiff's complaint and found that it stated some cognizable claims. (ECF No. 15.) Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claims found to be cognizable. On May 16, 2013, Plaintiff filed a notice to proceed only on the Eighth Amendment claims against Defendant G. Wildey for excessive force and against Defendant R. Marshall for failure to protect.

　　　On May 20, 2013, the Court issued an order finding service of the complaint appropriate. (ECF No. 17.) On June 10, 2013, Plaintiff filed a motion for clarification regarding the Court's service order. (ECF No. 20.) Plaintiff's motion points out a clerical error in the Court's previous

order.[1]  The Court issues this order to clarify the documents Plaintiff must return to initiate service in this action.

IT IS HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

   **G. WILDEY**

   **R. MARSHALL**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 7, 2010;

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above;

   c. Three (3) copies of the endorsed complaint filed June 7, 2010; and

   d. All CDCR Form 602 documentation submitted in relation to this case;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

//

//

//

---

[1] The initial service order stated that Plaintiff shall submit "Three (3) copies of the endorsed complaint filed June 7, 2012." (ECF No. 20.) As clarified in this order, the correct date of the endorsed complaint is June 7, 2010.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **June 13, 2013**

UNITED STATES MAGISTRATE JUDGE