UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01024-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES SET FORTH IN COURT'S NOVEMBER 4, 2013, TO DEFENDANT R. MARSHALL |

　　　Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On November 4, 2013, the Court issued a discovery and scheduling order, after Defendant G. Wildey filed an answer to the complaint on November 1, 2013.

　　　On January 17, 2014, Defendant R. Marshall filed an answer to the complaint. In light of the fact that Defendant Marshall has now filed an answer, the Court hereby extends all discovery and scheduling deadlines set forth in the Court's November 4, 2013, order to Defendant Marshall.

IT IS SO ORDERED.

　Dated:　**January 22, 2014**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1