1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11   BENNY FORD,                          )   Case No.: 1:10-cv-01024-SAB (PC)
                                          )
12                  Plaintiff,            )   ORDER DENYING AS MOOT PLAINTIFF'S
                                          )   MOTION FOR COPIES OF DISCOVERY FROM
13          v.                            )   DEFENDANTS
                                          )
14   G. WILDEY, et al.,                   )   [ECF Nos. 42, 43]
                                          )
15                  Defendants.           )
                                          )
16   _____   )

17          Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          Now pending before the Court is Plaintiff's motion to obtain copies of discovery from

20   defendants, filed April 11, 2014.  Defendants filed an opposition on April 15, 2014.

21          In his motion, Plaintiff requests that the defendants forward copies of interrogatories and

22   admissions in order to file a motion to compel.

23          In their opposition, counsel for Defendants submits that he received Plaintiff's request for a

24   second copy of all served discovery on April 7, 2014.  On April 10, 2014, counsel for Defendants

25   served an additional copy the following discovery: (1) responses to interrogatories, set one and two,

26   served on Defendant Wildey; (2) responses to interrogatories, set one, served on Defendant Marshall;

27   and (3) responses to requests for admissions, set one, served on Defendants Wildey and Marshall.

28

                                              1

Based on defense counsel's representation that he served Plaintiff with a second copy of the defendants' discovery responses, Plaintiff's motion shall be DENIED as MOOT.

IT IS SO ORDERED.

Dated:  __**April 16, 2014**__

UNITED STATES MAGISTRATE JUDGE