UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>G. WILDEY, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01024-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO RESEND PREVIOUS MOTION<br><br>[ECF No. 46] |

    Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 24, 2014, Plaintiff filed a motion to resend his previous motion requesting copies of discovery, filed April 11, 2014.

    Inasmuch as the Court denied Plaintiff's motion as moot on April 16, 2014, Plaintiff's present request is denied as MOOT.

IT IS SO ORDERED.

Dated: __May 19, 2014__

UNITED STATES MAGISTRATE JUDGE

1