UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>          Plaintiff,<br><br>     v.<br><br>G. WILDEY, et al.,<br><br>          Defendants. | Case No.: 1:10-cv-01024-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT DEPOSITION TRANSCRIPT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 66] |

    Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 15, 2014, Defendants filed a motion for summary judgment, and among other things, a notice of lodging of the deposition transcript of Plaintiff. (ECF No. 66.) However, the Court never received a copy of the deposition transcript pursuant to Defendants' notice. Accordingly, IT IS HEREBY ORDERED that within **ten (10)** days from the date of service of this order, Defendants shall submit the deposition transcript of Plaintiff.

IT IS SO ORDERED.

Dated: __**March 4, 2015**__          _____
                                          UNITED STATES MAGISTRATE JUDGE

1