UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01024-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT WILDEY TO SUBMIT CONFIDENTIAL DOCUMENT REFERENCED IN DEFENDANT'S OCTOBER 27, 2014, AMENDED RESPONSE TO COURT ORDER, ECF NO. 62<br><br>[ECF No. 92] |

　　　　Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Pursuant to the Court's September 2, 2014, order, Defendant Wildey submitted a supplemental response to Plaintiff's Request for Document Production, Set One, and requested the Court to conduct an *in camera* review of the responsive confidential documents.  (ECF No. 92.)  After two informal requests by the Court, Defendant Wildey has not yet submitted the confidential document or filed a request to file such documents under seal, as referenced in the October 27, 2014, order.  Accordingly, IT IS HEREBY ORDERED that within **ten (10)** days from the date of service of this order, Defendant Wildey is directed to submit the documents referenced in the October 27, 2014, response.

IT IS SO ORDERED.

Dated:　**March 11, 2015**　　　　　　　　　　／s／ _____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1