**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNY FORD,<br><br>  Plaintiff,<br><br>  v.<br><br>G. WILDEY, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01024-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE **UNDER SEAL** DEFENDANTS' CONFIDENTIAL DOCUMENT AND REQUEST FOR LEAVE TO FILE CONFIDENTIAL RECORDS UNDER SEAL FOR IN CAMERA REVIEW |

Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 17, 2015, In response to the Court's September 2, 2014, order directing Defendant WIldey to file a supplemental response to Plaintiff's Request for Document Production number one (ECF No. 62), Defendants submitted a request to file a confidential record under seal and request for in camera review.  Pursuant to Defendants' request, the Clerk of Court is HEREBY DIRECTED to file Defendants' confidential record and request for leave to file the confidential record under seal for in camera review under SEAL.

IT IS SO ORDERED.

Dated: __March 19, 2015__

UNITED STATES MAGISTRATE JUDGE

1