**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNY FORD, | Case No.: 1:10-cv-01024-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION |
| G. WILDEY, et al., | [ECF No. 121] |
| Defendants. | |

Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 15, 2015, Plaintiff filed a motion for clarification relating to pretrial proceedings.

On April 13, 2015, the undersigned issued findings and recommendations recommending denial of Defendants' motion for summary judgment. (ECF No. 115.) As stated in the findings and recommendations, the recommendations are submitted to the district judge who may "accept, reject or modify, in whole or in part, the findings and recommendations …" 28 U.S.C. § 636(b)(1). The Findings and Recommendations have not yet been reviewed by the assigned district judge, and Plaintiff's motion for clarification as to further proceedings is premature until the resolution of the

///

///

///

1

1  pending findings and recommendations.  Thus, Plaintiff's motion for clarification as to further
2  proceedings is DENIED as premature.

4  IT IS SO ORDERED.

5  Dated:    **May 18, 2015**
6  _____
         UNITED STATES MAGISTRATE JUDGE