UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01024-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 63, 95, 102, 103, 115] |

　　　　Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 13, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  Defendants filed objections on May 13, 2015, and Plaintiff filed a response on May 26, 2015.  Local Rule 304(b), (d).

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Defendants' objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on April 13, 2015, is adopted in full; and
2. Defendants' motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated: __June 23, 2015__                    __/s/ Lawrence J. O'Neill__
                                             UNITED STATES DISTRICT JUDGE