# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01024-LJO-SAB (PC)<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE |

Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 3, 2015, and August 12, 2015, Plaintiff and Defendant, respectively, consented to have United States Magistrate Judge Stanley A. Boone conduct any and all further proceedings in this case. (ECF Nos. 131, 132.) Accordingly, IT IS HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of Court is directed to reassign this action in its entirety to United States Magistrate Judge Stanley A. Boone; and

///

///

1

3. The new case number shall be 1:10-cv-01024-SAB (PC).

IT IS SO ORDERED.

Dated: **August 13, 2015**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE