UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. WILDEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01024-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

　　　　Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Following the denial of Defendants' motion for summary judgment, this action is proceeding against Defendant Wildey for excessive force and Defendant Marshall for failure to intervene in violation of the Eighth Amendment, and the case is ready to be set for trial.

　　　　On August 13, 2015, this action was reassigned pursuant to the parties' consent to United States magistrate judge jurisdiction. (ECF No. 133.) In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　A telephonic scheduling hearing will be held on **August 26, 2015, at 2:00 p.m.**, in Courtroom 9 before the undersigned; and

1

2.   Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **August 17, 2015**

UNITED STATES MAGISTRATE JUDGE