# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

BENNY FORD,

          Plaintiff,

     v.

G. WILDEY, et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:10-cv-01024-SAB (PC)

ORDER REGARDING PLAINTIFF'S MOTION FOR COURT ORDER ALLOWING HIS ATTENDANCE AT TRIAL

[ECF No. 139]

Plaintiff Benny Ford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on February 9, 2016.

On September 30, 2015, Plaintiff filed a motion for a court order allowing his attendance at trial.

Plaintiff is advised that the Court will issue a Writ of Habeas Corpus Ad Testificandum for Plaintiff's attendance at the trial in due course, and a motion for such order is not necessary.

IT IS SO ORDERED.

Dated:   **October 13, 2015**

                                         
UNITED STATES MAGISTRATE JUDGE