FILED

FEB 10 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD,<br><br>        Plaintiff,<br><br>v.<br><br>WILDEY, et.al.,<br><br>        Defendants. | Case No. 1:10-cv-01024-SAB (PC)<br><br>ORDER THAT INMATE BENNY FORD IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on February 9, 2016, inmate Bennie Ford C.D.C.R. Inmate No. C-04844, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 2/10/2016

_____
UNITED STATES MAGISTRATE JUDGE

1