UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)



FILED
FEB 10 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NAME:** Benny Ford vs. G. Wildey, et al.

**CASE NUMBER:** 1:10 cv 1024 SAB (PC)

**Retrieval:**
Pursuant to Local Rule 138(f) of Eastern District of California, the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the defendant, **irrespective of who used, reference or admitted the exhibit at trial**.

Additionally, in the case of admitted exhibits, the defendant's counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

**Retention:**
The defendant's counsel shall retain possession of and keep safe and in a secure location all exhibits, used, referenced and/or admitted at trial, until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: 2/10/16

_____
STANLEY A. BOONE
United States Magistrate Judge

I hereby acknowledge receipt of exhibits used, referenced and admitted by me at trial and I shall retain such exhibits in accordance with the retention section, described above.

**DATE EXHIBITS RETURNED:** 2/10/2016

Plaintiff: Benny Ford

Plaintiff's Signature: X Benny Ford

**DATE EXHIBITS RETURNED:** 2/10/2016

Defendant's Counsel: _____

Defendant's Counsel Signature: _____

**This document certifies that the above referenced exhibits were returned.**

DATED: 2/10/16

_____
MAMIE HERNANDEZ
Courtroom Clerk

Civil Rights Case
Revised March 2014