FILED

FEB 10 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BENNY FORD,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:10-cv-01024-SAB (PC)

G. WILDEY, et al,

        Defendants.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS G. WILDEY AND R. MARSHALL and against BENNY FORD.

DATED:  February 10, 2016

                                MARIANNE MATHERLY, Clerk

                                By: _____
                                      Deputy Clerk